UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICIA FOXWORTH, as Administratrix of the
Estate of CHRISTOPHER ALLEN DURDEN,
deceased,
     Plaintiff,

v.                                                                                    Lead Case No. 5:04cv90/MCR

KIA MOTORS CORPORATION;
EMERALD AUTO SALES, INC.;
and
KIA MOTORS AMERICA, INC.,
     Defendants.
_____/

DEBRA WOODWARD, as Administratrix of the
Estate of JUSTIN VALLIERES,
deceased,
     Plaintiff,

v.                                                                                    Case No. 5:04cv122/MCR

KIA MOTORS CORPORATION;
EMERALD AUTO SALES, INC.;
and
KIA MOTORS AMERICA, INC.,
     Defendants.
_____/

**O R D E R**

     These consolidated cases come before the Court upon Defendants' "Emergency Motion to Enjoin Plaintiff[s] from Reinstating This Action in the Circuit Court of Houston County, Alabama" . . . . (Doc. 83).

     Plaintiffs shall be required to file a response to Defendants' motion **no later than 5:00 p.m., Thursday, April 28, 2005.**

     DONE and ORDERED this 27th day of April, 2005.

     *s/ M. Casey Rodgers*
     **M. CASEY RODGERS**
     **UNITED STATES DISTRICT JUDGE**